IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

*Electronically Filed*

| | |
|---|---|
| OM SHIV HOSPITALITY L.L.C. )<br>D/B/A HORSE CAVE MOTEL )<br>　）<br>Plaintiff, )<br>　）<br>v. 　）<br>　）<br>NORTHFIELD INSURANCE 　）<br>COMPANY 　）<br>Defendant ） | CAUSE NO. 1:24-cv-48-GNS<br><br>Removed from Hart Circuit Court<br>Civil Action No. 24-CI-00032 |

## NOTICE OF REMOVAL

Comes the Defendant, Northfield Insurance Company, (hereinafter "Northfield"), by counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky, Bowling Green Division, hereby states as follows:

1. Northfield is the named defendant in the lawsuit filed by OM Shiv Hospitality L.L.C d/b/a Horse Cave Motel (hereinafter "Plaintiff") in Hart Circuit Court, Hart County, Kentucky designated as Case Number 24-CI-00032. Northfield was served with the Plaintiff's Complaint on February 22, 2024. A copy of the Summons, Complaint and Service of Process documentation are attached hereto as **Exhibit 1 (State Court Record)**, as required by 28 U.S.C. § 1446(a). These are the only pleadings directed to or filed by Northfield in this action.

2. This is a civil action seeking insurance proceeds for alleged damage to the Plaintiff's real property from an alleged weather event on or about March 3, 2023 in Hart County, Kentucky. According to the Complaint, Plaintiff alleges storm-related damage to its business located at 319 S. Dixie Street, Horse, Cave, Kentucky 42749. Plaintiff seeks proceeds from an

insurance policy issued by Northfield to the Plaintiff under Policy No. WS511490 for the policy period of May 6, 2022 to May 6, 2023 ("Policy"). The Complaint asserts claims for breach of contract, common law bad faith and statutory bad faith. It seeks damages in the form of insurance proceeds, interest, attorney fees and punitive damages.

3. Upon information and belief, Plaintiff OM Shiv Hospitality LLC is a limited liability company formed under the laws of the Commonwealth of Kentucky. **Exhibit 2 (Printout from Kentucky Secretary of State's Website).** For purposes of diversity jurisdiction, an unincorporated association (including LLCs) has the citizenship of each partner or member. Upon information and belief, the sole member of OM Shiv Hospitality LLC is Ashok Patel. Upon information and belief, Ashok Patel is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the commencement of Civil Action No. 24-CI-00032, a citizen and resident of the Commonwealth of Kentucky. Upon information and belief, Plaintiff intends to remain a resident of the Commonwealth of Kentucky.

4. Northfield is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the commencement of Civil Action No. 24-CI-00032, organized and incorporated under the laws of the state of Iowa and maintains a principal place of business in Connecticut. **Exhibit 3 (Printout from Website of Kentucky Department of Insurance)**. Northfield is not now nor was it at the time of the events referenced in the Plaintiff's Complaint incorporated in the state of Kentucky or have a principal place of business or "nerve center" in the state of Kentucky.

5. Under 28 U.S.C. § 1332(c), Plaintiff is a citizen of Kentucky and Northfield is a citizen of Connecticut and Iowa. Therefore, jurisdiction is proper because no Defendant is a citizen of the state of Kentucky.

6. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and § 1367 and is one that the Defendant may remove to this Court pursuant to 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

7. Kentucky state court procedural rules prohibit parties seeking unliquidated damages from pleading a specific amount of alleged damages under KRCP 8.01(2). According to the exhibits attached to Plaintiff's Complaint and pre-suit correspondence submitted to Northfield, Plaintiff seeks insurance proceeds in a sum exceeding $134,000. Therefore, when all forms of claimed damage are considered, the amount in controversy clearly exceeds $75,000, exclusive of interest and costs.

8. This Notice is filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action and the time for filing this Notice under the statutes of the United States has not yet expired.

9. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, Northfield Insurance Company, by counsel, hereby notifies the Court of its removal of this action from the Hart Circuit Court in Hart County, Kentucky to the United States District Court for the Western District of Kentucky.

Respectfully submitted,

BARNES MALONEY PLLC

*/s/ Stephen C. Keller*

---

Stephen C. Keller, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1694
FAX: (502) 779-9349
skeller@sbmkylaw.com
*Counsel for Defendant, Northfield Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Nader George Shunnarah, Esq.
916 Lily Creek Road, Suite 201
Louisville, KY 40243
shunnarahlaw@gmail.com
*Counsel for Plaintiff*

*/s/ Stephen C. Keller*

---

BARNES MALONEY PLLC