UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:24-CV-0048-GNS-HBB

OM SHIV HOSPITALITY L.L.C.
d/b/a HORSE CAVE MOTEL PLAINTIFF

v.

NORTHFIELD INSURANCE
COMPANY DEFENDANT

**JUDGMENT**

This matter having come before the Court on Defendant's Motion for Summary Judgment (DN 33), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

**Greg N. Stivers, Judge**
**United States District Court**
May 8, 2026

cc: counsel of record